

Records Search Home     Advanced Search     Bexar County

Home  /  Back to Search Results

# Case #2020CI03676

History

**Name**

AMELIA H MACIAS

**Date Filed**          **Case Status**          **Litigant Type**          **Court**

2/21/2020              PENDING                PLAINTIFF                407

**Docket Type**

OTHER INJURY OR
DAMAGE

**Business Name**

2020CI03676

**Style**

ESTATE OF AMELIA H MACIAS ET AL

**Style (2)**

vs TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

---

# Case History     Go To Top

*Currently viewing all records*

| Sequence | Date Filed | Description |
| --- | --- | --- |

| P00007 | 3/19/2020 | REQUEST FOR SERVICE AND PROCESS |
| P00006 | 3/19/2020 | SERVICE ASSIGNED TO CLERK 3 |
| S00017 | 3/6/2020 | CITATION<br>TEXAS DEPARTMENT OF ADULT PROTECTIVE SERVICES<br>ISSUED: 3/6/2020 |
| S00016 | 3/6/2020 | CITATION<br>BRANDI WEIMER<br>ISSUED: 3/6/2020 |
| S00015 | 3/6/2020 | CITATION<br>DREW PILKINGTON<br>ISSUED: 3/6/2020 |
| S00014 | 3/6/2020 | CITATION<br>HENRY L WHITMAN JR<br>ISSUED: 3/6/2020 |
| S00013 | 3/6/2020 | CITATION<br>DREW PILKINGTON<br>ISSUED: 3/6/2020 |
| S00012 | 3/6/2020 | CITATION<br>DREW PILKINGTON<br>ISSUED: 3/6/2020 |
| S00011 | 3/6/2020 | CITATION<br>JOSEPH EVANS<br>ISSUED: 3/6/2020 |
| S00010 | 3/6/2020 | CITATION<br>JASON BOBO<br>ISSUED: 3/6/2020 |
| S00009 | 3/6/2020 | CITATION<br>BRENT BARINA<br>ISSUED: 3/6/2020 |
| S00008 | 3/6/2020 | CITATION<br>NATHAN MUTZ<br>ISSUED: 3/6/2020 |
| S00007 | 3/6/2020 | CITATION<br>CHAD MATLOCK<br>ISSUED: 3/6/2020 |
| S00006 | 3/6/2020 | CITATION<br>ELIAS ESCALON |

ISSUED: 3/6/2020

| | | |
|---|---|---|
| S00005 | 3/6/2020 | CITATION<br>CODY MITCHELL<br>ISSUED: 3/6/2020 |
| S00004 | 3/6/2020 | CITATION<br>MICHAEL J SMITH<br>ISSUED: 3/6/2020 |
| S00003 | 3/6/2020 | CITATION<br>VERONICA GIDEON<br>ISSUED: 3/6/2020 |
| S00002 | 3/6/2020 | CITATION<br>STEVEN C MCCRAW<br>ISSUED: 3/6/2020 |
| S00001 | 3/6/2020 | CITATION<br>TEXAS DEPARTMENT OF PUBLIC SAFETY<br>ISSUED: 3/6/2020 |
| P00005 | 3/6/2020 | REQUEST FOR SERVICE AND PROCESS<br>POSTAGE FEE PAID |
| P00004 | 3/5/2020 | LETTER TO DISTRICT CLERK<br>FR GABRIELLE STRANGE RE COPIES |
| P00003 | 3/2/2020 | REQUEST FOR SERVICE AND PROCESS |
| P00002 | 3/2/2020 | SERVICE ASSIGNED TO CLERK 2 |
| P00001 | 2/21/2020 | PETITION |



Bexar.org | Bexar County County Clerk | Bexar County District Clerk
100 Dolorosa San Antonio, Texas 78205 | 210.335.2011

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00005

**ESTATE OF AMELIA H MACIAS ET AL**

**VS.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   CODY MITCHELL

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas   78205

By: *Alexandra Johnson*, Deputy

postage paid 316  mlo 37

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00004

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

# CITATION

"THE STATE OF TEXAS"

Directed To:   MICHAEL J SMITH

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION  was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

**ESTATE OF AMELIA H MACIAS ET AL**
**VS**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00003

ESTATE OF AMELIA H MACIAS ET AL
VS.
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:  VERONICA GIDEON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



Postage paid 3 16 m lo 3 tof

Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Alexandra Johnson*, Deputy

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or (  ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00002

ESTATE OF AMELIA H MACIAS ET AL
VS.
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   STEVEN C MCCRAW

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas   78205

By: *Alexandra Johnson*, Deputy

postage paid 3/6  mlo 3/9

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION  the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS  _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00001

ESTATE OF AMELIA H MACIAS ET AL

VS.

TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   TEXAS DEPARTMENT OF PUBLIC SAFETY
BY SERVING THE DIRECTOR

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Alexandra Johnson*, Deputy

Postage paid 3|6    m|0  3|9

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

FILED
3/6/2020 4:33 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Brenda Carrillo

Case 5:20-cv-00460-FB    Document 1-1    Filed 04/13/20    Page 9 of 46

## CASE NO. 2020CI03676

| | |
|---|---|
| ESTATE OF AMELIA H. MACIAS HEIRS, WALTER MACIAS, STEVEN MACIAS, YVONNE SHILLING, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF AMELIA H. MACIAS, PLAINTIFFS | § § § § § § § N THE DISTRICT COURT 407th_____JUDICIAL DISTRICT BEXAR COUNTY, TEXAS |
| V. | § § |
| TEXAS DEPARTMENT OF ADULT PROTECTIVE SERVICES, TEXAS DEPARTMENT OF DEPARTMENT OF PUBLIC SAFETY, VERONICA GIDEON, MICHAEL J. SMITH, CODY MITCHELL, ELIAS ESCALON, CHAD MATLOCK, NATHAN MUTZ, BRENT BARINA, JASON BOBO, JOSEPH EVANS, DREW PILKINGTON, STEVEN C. MCCRAW, HENRY L. WHITMAN JR., CRYSTALYNN NICHOLE CORNEVIN, AND BRANDI WEIMER, DEFENDANTS. | § § § § § § § § § § § § § § |

## NOTE TO CIVIL CLERK

Greetings Brenda/Luis,

**RE: 2020CI03676 --**
**Envelope # 2020CI03676**

Per our conversation, included are 17 copies of the 13 page petition needed to attach to the prepared citations in Case: 2020CI03676, Envelope # 41297588. As advised, I have also included a self-stamped return envelope for the documents to be mailed to our office. Our office address is, 99 Detering Street, Suite 104 Houston, Texas 77007.

Thank you for your time and assistance in this matter.

Gabrielle Strange
The Lewis Law Group
gabrielles@thelewislaw.com

CASE NO. 2020CI03676

| | | |
|---|---|---|
| ESTATE OF AMELIA H. MACIAS HEIRS, | § | N THE DISTRICT COURT |
| WALTER MACIAS, STEVEN MACIAS, | § | |
| YVONNE SHILLING, INDIVIDUALLY AND AS | § | 407th_____JUDICIAL DISTRICT |
| A REPRESENTATIVE OF THE ESTATE OF | § | |
| AMELIA H. MACIAS, | § | BEXAR COUNTY, TEXAS |
| PLAINTIFFS | § | |
| | § | |
| V. | § | |
| | § | |
| TEXAS DEPARTMENT OF ADULT | § | |
| PROTECTIVE SERVICES, TEXAS | § | |
| DEPARTMENT OF DEPARTMENT OF PUBLIC | § | |
| SAFETY, VERONICA GIDEON, MICHAEL J. | § | |
| SMITH, CODY MITCHELL, ELIAS ESCALON, | § | |
| CHAD MATLOCK, NATHAN MUTZ, BRENT | § | |
| BARINA, JASON BOBO, JOSEPH EVANS, | § | |
| DREW PILKINGTON, STEVEN C. MCCRAW, | § | |
| HENRY L. WHITMAN JR., CRYSTALYNN | § | |
| NICHOLE CORNEVIN, AND BRANDI | § | |
| WEIMER, | § | |
| DEFENDANTS. | § | |

## NOTE TO CIVIL CLERK

Greetings Brenda/Luis,

RE: 2020CI03676 --
Envelope # 2020CI03676

Per our conversation, included are 17 copies of the 13 page petition needed to attach to the prepared citations in Case: 2020CI03676, Envelope # 41297588. As advised, I have also included a self-stamped return envelope for the documents to be mailed to our office. Our office address is, 99 Detering Street, Suite 104 Houston, Texas 77007.

Thank you for your time and assistance in this matter.

Gabrielle Strange
The Lewis Law Group
gabrielles@thelewislaw.com

# Attention: Civil Filing

# 101 West Nueva San, Antonio TX 78205,

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

2020 MAR -5  AM 11: 07

DEPUTY

BY_____



5577 SAN ANTONIO LOSOYA
123 LOSOYA STREET
SAN ANTONIO, TX 78205



**GABRIELLE STRANGE**
**GABRIELLE STRANGE**
**101 WEST NUEVA**
**SAN ANTONIO, TX  78205**
**(713) 570-6555**

FXF 1203434609071203434609070305207

Special Instructions:



1 of 1      OTP # 55770028054
Commit: 03/05 12:00 PM

TRK # 120343460907
Mstr # 120343460907

FILED
3/2/2020 2:25 PM
Mary Angie Garcia
Bexar County District Clerk

Case 5:20-cv-00460-FB     Document 1-1     Filed 04/13/20     Page 12 of 46
17/dipps/sac2

## CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

Accepted By: Brenda Carrillo

CASE NUMBER: __2020CI03676__            CURRENT COURT: __407__

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): ORIGINAL PETITION/CITATION

FILE DATE OF MOTION: __02__ / __21__ / __2020_____

Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1.    NAME: __Texas Department of Adult Protective Services__

ADDRESS: __108 Austin St. Center, Texas 75935-3946__

AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): 
_____

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP                    ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☑ MAIL                    ☑ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
- ☐ Type of Publication:    ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
- ☐ OTHER, explain __Please mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

********************************************************************************************** ****

2.    NAME: __Texas Department of Department of Public Safety__

ADDRESS: __5805 N Lamar Blvd Austin, Texas 78752-4431__

AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): ORIGINAL PETITION/CITATION

SERVICE BY (check one):
- ☐ ATTORNEY PICK-UP            ☐ CONSTABLE
- ☐ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- ☑ MAIL                    ☑ CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
- PUBLICATION:
- ☐ Type of Publication:    ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE:
- ☐ OTHER, explain __Please mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: ___U.A. LEWIS_____ TEXAS BAR NO./ID NO: __24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

## CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____        **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____

                           Month/      Day/     Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):
1.     NAME: __Steven C. McCraw_____
      ADDRESS: 11616 Via Grande Dr. Austin, Texas 78739___
      AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**                    **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication:
  - ☐ **COURTHOUSE DOOR,  or**
  - ☐ **NEWSPAPER OF YOUR CHOICE:**
         _____
- ☐ **OTHER,** *explain* Please mail to 99 Detering St., Suite 104 Houston, Texas 77007 _____

*************************************************************************************** ****

2.     NAME: Veronica Gideon _____
     ADDRESS: 3928 Medicine Hat Leander, Texas 78641 _____
     AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                    ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- **PUBLICATION:**
- Type of Publication: ☐
  - ☐ **COURTHOUSE DOOR,  or**
  - ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ _____
     **OTHER,** *explain* __Mail to 99 Detering St., Suite 104 Houston, Texas 77007 _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: ___ U.A. LEWIS _____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

# CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____      **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____
                             Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**
1.     NAME: __Michael J. Smith_____
        ADDRESS: 5805 North Lamar Blvd Austin, Texas 78752
        AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                   **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**                   **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                       ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ **OTHER**, *explain* Please mail to 99 Detering St., Suite 104 Houston, Texas 77007

**************************************************************************************************** ****

2.     NAME: Cody Mitchell _____
    ADDRESS: 5805 North Lamar Blvd Austin, Texas 78752 _____
    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**                   **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**             ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ **PUBLICATION:**
    Type of Publication:    ☐ **COURTHOUSE DOOR, or**
                       ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐     **OTHER**, *explain* __Mail to 99 Detering St., Suite 104 Houston, Texas 77007__

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: ____. U.A. LEWIS _____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____      CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): ORIGINAL PETITION/CITATION

FILE DATE OF MOTION: _____ / _____ / __2020_____
                          Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):
1.      NAME: __Elias Escalon_____
        ADDRESS: 1742 Christian Ct Weslaco, Texas 78596_____
        AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type):
_____

SERVICE BY (check one):
☐  ATTORNEY PICK-UP                         CONSTABLE
☐  CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
☑  MAIL                                      CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
☐  Type of Publication:
                        ☐   COURTHOUSE DOOR,  or
                        ☐   NEWSPAPER OF YOUR CHOICE:
                            _____
☐  OTHER, explain  Please mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

**********************************************************************************************

2.      NAME: Chad Matlock_____
        ADDRESS: 5805 North Lamar Blvd Austin, Texas 78752_____
        AGENT, (if applicable): _____

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): ORIGINAL PETITION/CITATION___

SERVICE BY (check one):
☐  ATTORNEY PICK-UP                         CONSTABLE
☐  CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
☑  MAIL                                      CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE
☐  PUBLICATION:
        Type of Publication:   ☐
                               ☐   COURTHOUSE DOOR,  or
                                   NEWSPAPER OF YOUR CHOICE:
☐      _____
        OTHER, explain __Mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:
NAME: ___. U.A. LEWIS_____ TEXAS BAR NO./ID NO: _24076511_____
MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227
PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017
EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

## CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____          **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): <u>ORIGINAL PETITION/CITATION</u>

**FILE DATE OF MOTION:** ____ / _____ / __2020_____
                              Month/      Day/     Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**
1.      NAME: __Nathan Mutz_____
      ADDRESS: <u>1877 Stone Field Lane Laredo, Texas 78054</u>
      AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*)**:**
_____

**SERVICE BY** (*check one*)**:**
- ☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**                    **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication:        ☐ **COURTHOUSE DOOR,  or**
                               ☐ **NEWSPAPER OF YOUR CHOICE:**
                               _____
- ☐ **OTHER,** *explain* Please mail to 99 Detering St. Houston, Texas 77007 _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.    NAME: **Brent Barina** _____

    ADDRESS: <u>5805 North Lamar Blvd Austin, Texas 78752</u>

    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*)**:** <u>ORIGINAL PETITION/CITATION</u>

**SERVICE BY** (*check one*)**:**
- ☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**                    ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- **PUBLICATION:**
    Type of Publication:        ☐ **COURTHOUSE DOOR,  or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ _____
      **OTHER,** *explain* __Mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME:___.  U.A. LEWIS_____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: <u>PO BOX 27353 HOUSTON, TX 77227</u>

PHONE NUMBER: <u>713-570-6555</u> FAX NUMBER: <u>713-581-1017</u>

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

# CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____        **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____
        Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.    NAME: __Jason Bobo_____
    ADDRESS: 6711 1st St Lubbock, Texas 79416_____
    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
☑ **MAIL**                ✓**CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ Type of Publication:            **COURTHOUSE DOOR, or**
        ☐            **NEWSPAPER OF YOUR CHOICE:**
        ☐            _____

☐ **OTHER**, *explain* _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.    NAME: Joseph Evans_____
    ADDRESS: 14235 Real Delight San Antonio, Texas 78248_____
    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____    Phone: _____
☑ **MAIL**                ✓    **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ **PUBLICATION:**
    Type of Publication:    ☐        **COURTHOUSE DOOR, or**
                ☐        **NEWSPAPER OF YOUR CHOICE:**
☐        _____
    **OTHER**, *explain* __Mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: ___ U.A. LEWIS _____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

# CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____
                            Month/      Day/     Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):
1.      NAME: __Drew Pilkington_____
      ADDRESS: 68 Lakeplace Victoria, Texas 77905_____
      AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type):
_____

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                 **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**          ✓ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication:
  - ☐ **COURTHOUSE DOOR, or**
  - ☐ **NEWSPAPER OF YOUR CHOICE:**
    _____
- ☐ **OTHER**, explain Please mail to 99 Detering St., Suite 104 Houston, Texas 77007 _____

*********************************************************************************** ****

2.      NAME: Drew Pilkington_____

ADDRESS: 5805 North Lamar Blvd Austin, Texas 78752 _____

AGENT, (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (see reverse for specific type): ORIGINAL PETITION/CITATION

**SERVICE BY** (check one):
- ☐ **ATTORNEY PICK-UP**                 **CONSTABLE**
- ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☑ **MAIL**         ✓ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- **PUBLICATION:**
  - Type of Publication: ☐
    - ☐ **COURTHOUSE DOOR, or**
    - **NEWSPAPER OF YOUR CHOICE:**
- ☐ _____
  - **OTHER**, explain __Mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: __. U.A. LEWIS_____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

## CIVIL PROCESS REQUEST

---

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

---

**CASE NUMBER:** _____     **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____
　　　　　　　　　　　　　　　　Month/　　　Day/　　　Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**
1.　　　NAME: __Henry L. "Hank" Whitman Jr._____
　　　　ADDRESS: 10537 FM 775 Floresville, Texas 78114_____
　　　　AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**　　　　　　　　　　**CONSTABLE**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
☑ **MAIL**　　　　　　　　　　　☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ Type of Publication:　　　　　　**COURTHOUSE DOOR,  or**
　　　　　　　　　　　　　☐　　**NEWSPAPER OF YOUR CHOICE:**
　　　　　　　　　　　　　☐　　_____

☐ **OTHER**, *explain* _____

*************************************************************************************** ****

2.　　　NAME: Drew Pilkington_____
　　　　ADDRESS: 1304 Greenwood Schertz, Texas 78154_____

　　　　AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**　　　　　　　　　　**CONSTABLE**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
☑ **MAIL**　　　　　　　　　　　☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ **PUBLICATION:**
　　Type of Publication:　　☐　　**COURTHOUSE DOOR,  or**
　　　　　　　　　　　　☐　　**NEWSPAPER OF YOUR CHOICE:**
☐　　_____
　　　　**OTHER**, *explain* __Mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: ___. U.A. LEWIS_____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

## CIVIL PROCESS REQUEST

> FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
> FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** _____        **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** _____ / _____ / __2020_____

    Month/        Day/        Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**
1.    NAME: __Brandi Weiner_____
    ADDRESS: _9915 Scenic View Dr. San Antonio, Tx 78255_
    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*):
_____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**                    **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
☑ **MAIL**                    ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
☐ Type of Publication:
                    ☐ **COURTHOUSE DOOR,  or**
                    ☐ **NEWSPAPER OF YOUR CHOICE:**
                    _____
☐ **OTHER**, *explain* _Please mail to 99 Detering St., Suite 104 Houston, Texas 77007_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*\*\*\*

2.    NAME: _____
    ADDRESS: _____
    AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION_____

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP**            ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**                    ☐ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
**PUBLICATION:**
    Type of Publication:    ☐    **COURTHOUSE DOOR,  or**
                    ☐    **NEWSPAPER OF YOUR CHOICE:**
☐ _____
    **OTHER**, *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: ___. U.A. LEWIS _____ TEXAS BAR NO./ID NO: _24076511_____

MAILING ADDRESS: _PO BOX 27353 HOUSTON, TX 77227_

PHONE NUMBER: _713-570-6555_ FAX NUMBER: _713-581-1017_

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

# CIVIL PROCESS REQUEST

| FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING |
|---|
| FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED |

Accepted By: Brenda Carrillo

**CASE NUMBER:** 2020CI03676          **CURRENT COURT:** 407

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION/CITATION

**FILE DATE OF MOTION:** 02 / 21 / 2020

Month/          Day/          Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1.     NAME: Crystalynn Nichole Cornevin
       ADDRESS: 1304 Greenwood Schertz, Texas 78154-4240
       AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**          ☑ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
- ☐ Type of Publication: ___          ☐ **COURTHOUSE DOOR, or**
                                        ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER**, explain _____

*************************************************************************** ****

2.     NAME: _____
       ADDRESS: _____
       AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): ORIGINAL PETITION/CITATION

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**          ☐ **CERTIFIED MAIL-DISTRCIT CLERK'S OFFICE**
  **PUBLICATION:**
- ☐ Type of Publication: ___          ☐ **COURTHOUSE DOOR, or**
                                        ☐ **NEWSPAPER OF YOUR CHOICE:**
- ☐ _____
       _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: U.A. LEWIS          TEXAS BAR NO./ID NO: 24076511

MAILING ADDRESS: PO BOX 27353 HOUSTON, TX 77227

PHONE NUMBER: 713-570-6555 FAX NUMBER: 713-581-1017

EMAIL ADDRESS: MYATTORNEYATLAW@GMAIL.COM

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00017

ESTATE OF AMELIA H MACIAS ET AL

VS.

TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   TEXAS DEPARTMENT OF ADULT PROTECTIVE SERVICES
BY SERVING THE DIRECTOR

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION  was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

---

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____  Badge/PPS #:_____  Date certification expires:_____

_____ County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676  S00016

**ESTATE OF AMELIA H MACIAS ET AL**

**VS.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   BRANDI WEIMER

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____. my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT  SCANNED  AS  FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00015

**ESTATE OF AMELIA H MACIAS ET AL**

**VS.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   DREW PILKINGTON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ al _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ al _____ o'clock ___M. al:_____ or (  ) not executed because _____.

Fees:_____  Badge/PPS #:_____  Date certification expires:_____

_____County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS  _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676



2020CI03676 S00014

ESTATE OF AMELIA H MACIAS ET AL

VS.

TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   HENRY L WHITMAN JR

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

mlo 319



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Alexandra Johnson*, Deputy

| ESTATE OF AMELIA H MACIAS ET AL<br>VS<br>TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL | **Officer's Return** | Case Number: 2020-CI-03676<br>Court: 407th Judicial District Court |

I received this CITATION on _____ at _____o'clock ___M. and;(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the

date of delivery endorsed on it to the defendant, _____, in person on the _____ at

_____ o'clock ___M. at:_____ or (  ) not executed because _____.


Fees:_____  Badge/PPS #:_____  Date certification expires:_____

_____County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS  _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is
_____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on
the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

Case Number: 2020-CI-03676

2020CI03676  S00013

**ESTATE OF AMELIA H MACIAS ET AL**

**VS.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   DREW PILKINGTON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

 m10 3/9



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Alexandra Johnson*, Deputy

---

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____ o'clock _____M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock _____M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00012

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note: Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   DREW PILKINGTON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

m to 319



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

| ESTATE OF AMELIA H MACIAS ET AL<br>VS<br>TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL | **Officer's Return** | Case Number: 2020-CI-03676<br>Court: 407th Judicial District Court |

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____ , in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____. _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00011

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   JOSEPH EVANS

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION  , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

m/o 3/9



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

| ESTATE OF AMELIA H MACIAS ET AL | **Officer's Return** | Case Number: 2020-CI-03676 |
|---|---|---|
| VS | | Court: 407th Judicial District Court |
| TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL | | |

I received this CITATION on _____ at _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or (  ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00010

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   JASON BOBO

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



mlo 3/9

**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

---

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT SCANNED AS FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00009

ESTATE OF AMELIA H MACIAS ET AL
VS.
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:  BRENT BARINA

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION E , a default judgment may be taken against you." Said ORIGINAL PETITION E  was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

mlo 3l9



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

---

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION E the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or (  ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00008

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   NATHAN MUTZ

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

m6 379



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Alexandra Johnson*, Deputy

---

**ESTATE OF AMELIA H MACIAS ET AL**
**VS**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT SCANNED AS FILED

PRIVATE PROCESS

Case Number: 2020-CI-03676



2020CI03676    S00007

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   CHAD MATLOCK

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353

mlo 3|9



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Alexandra Johnson*, Deputy

---

**ESTATE OF AMELIA H MACIAS ET AL**
**VS**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____.

Fees:_____  Badge/PPS #:_____  Date certification expires:_____

_____County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

**DOCUMENT  SCANNED  AS  FILED**

PRIVATE PROCESS

Case Number: 2020-CI-03676

2020CI03676 S00006

**ESTATE OF AMELIA H MACIAS ET AL**
**VS.**
**TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
407th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

# CITATION

"THE STATE OF TEXAS"

Directed To:   ELIAS ESCALON

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION   , a default judgment may be taken against you." Said ORIGINAL PETITION   was filed on the 21st day of February, 2020.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6TH DAY OF MARCH A.D., 2020.

U A LEWIS
ATTORNEY FOR PLAINTIFF
PO BOX 27353
HOUSTON, TX 77227-7353



**Mary Angie Garcia**
Bexar County District Clerk
101 W. Nueva, Suite  217
San Antonio, Texas   78205

By: *Alexandra Johnson*, Deputy

---

ESTATE OF AMELIA H MACIAS ET AL
VS
TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL

**Officer's Return**

Case Number: 2020-CI-03676
Court: 407th Judicial District Court

I received this CITATION on _____ at _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or (  ) not executed because _____.

Fees:_____  Badge/PPS #:_____  Date certification expires:_____

_____ County, Texas

By : _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS  _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

FILE COPY (DK002)

DOCUMENT  SCANNED  AS  FILED

FILED
2/21/2020 10:40 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Maria Jackson

CASE NO. **2020CI03676**

| | | |
|---|---|---|
| ESTATE OF AMELIA H. MACIAS HEIRS, WALTER MACIAS, STEVEN MACIAS, YVONNE SHILLING, INDIVIDUALLY AND AS A REPRESENTATIVE OF THE ESTATE OF AMELIA H. MACIAS, PLAINTIFFS | § § § § § § § § | IN THE DISTRICT COURT<br><br>407th _____JUDICIAL DISTRICT<br><br>BEXAR COUNTY, TEXAS |
| V. | § § | |
| TEXAS DEPARTMENT OF ADULT PROTECTIVE SERVICES, TEXAS DEPARTMENT OF DEPARTMENT OF PUBLIC SAFETY, VERONICA GIDEON, MICHAEL J. SMITH, CODY MITCHELL, ELIAS ESCALON, CHAD MATLOCK, NATHAN MUTZ, BRENT BARINA, JASON BOBO, JOSEPH EVANS, DREW PILKINGTON, STEVEN C. MCCRAW, HENRY L. WHITMAN JR., CRYSTALYNN NICHOLE CORNEVIN, AND BRANDI WEIMER, DEFENDANTS. | § § § § § § § § § § § § § § § § | |

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Estate of Amelia H. Macias, Walter Macias, Steven Macias, Yvonne

Shilling, individually and as a representative of the Estate of Amelia H. Macias, file this

original complaint complaining of the following Texas Department of Public Safety,

Texas Department of Adult Protective Services, Veronica Gideon, Michael J. Smith,

1

Cody Mitchell, Elias Escalon, Chad Matlock, Nathan Mutz, Brent Barina, Jason Bobo, Joseph Evans, Drew Pilkington, Steven C. McCraw, Henry L. Whitman Jr., Crystalynn Nichole Cornevin, Brandi Weimer, individually, and would respectfully show as follows:

## I.  INTRODUCTION

1.     On March 6, 2018, officers with the Bexar County Mental Health Unit (MHU) responded to the residence of Fernando Macias. The County's Mental Health Unit's objective was to serve an Order of Protective Custody mental health warrant against Fernando.

2.     Fernando, suffering from severe mental illness for over 40 years; delusions of an alien invasion; and apocalypse was unaware of the presence of law enforcement. The distressed Fernando opened fire on the individuals that entered his home.

3.     Bexar County Sheriff's SWAT responded and decided to negotiate with Fernando because they were aware of the elderly Amelia presence

4.     The Texas Department of Adult Protective Services ("APS") was also aware that Fernando was mentally unstable and the caregiver of Amelia Macias.

5.     The following day on March 7, 2018, The Texas Department of Public Safety("DPS") Texas Rangers Division SWAT  relieved the Bexar County Sheriff's deputies SWAT team who were at the home of Fernando for several hours.

6.     Ignoring protocols, the Texas Ranger SWAT decided to make entry into the home via drones to determine the location of Fernando and Amelia.

7.    They ignored the fact that Amelia was the only person in the home wearing red.

8.    Amelia was killed by DPS SWAT as a result of their lack of patience and mental health training.

## II.    PARTIES

9.    Estate of Amelia H. Macias, P.O. Box 27353, Houston, TX 77227

10.    Walter Macias, P.O. Box 27353, Houston, TX 77227

11.    Steven Macias, P.O. Box 27353, Houston, TX 77227

12.    Yvonne Shilling, individually and as a representative of the Estate of Amelia H. Macias

13.    Steven C. McCraw Director of Texas Department of Public Safety may be served wherever he may be found.

14.    Veronica Gideon, Texas DPS Officer, individually,  who may be served wherever she may be found.

15.    Texas Department of Public Safety may be served wherever the director may be found.

16.    Texas Department of Adult Protective Services may be served wherever the director may be found.

17.    Michael J. Smith, Texas DPS Officer, individually,  who may be served wherever he may be found.

18.    Cody Mitchell, Texas DPS Officer, individually,  who may be served wherever he may be found.

19.    Elias Escalon, Texas DPS Officer, individually,  who may be served wherever he may be found.

20.    Chad Matlock, Texas DPS Officer, individually,  who may be served wherever he may be found.

21.    Nathan Mutz, Texas DPS Officer, individually,  who may be served wherever he may be found.

22.    Brent Barina, Texas DPS Officer, individually,  who may be served wherever he may be found.

23.    Jason Bobo, Texas DPS Officer, individually,  who may be served wherever he may be found.

24.    Joseph Evans, Texas DPS Officer, individually,  who may be served wherever he may be found.

25.    Drew Pilkington, Texas DPS Officer, individually, who may be served wherever he may be found.

26.    Henry L. "Hank" Whitman Jr. Commissioner of Adult Protective Services, individually, who may be served wherever he may be found.

27.    Crystalynn Nichole Cornevin, Adult Protective Services agent, individually,  who may be served wherever she may be found.

28.    Brandi Weimer, Adult Protective Services agent, individually, who may be served wherever she may be found.

IV.    Jurisdiction and Venue

29.    This Court has jurisdiction over Plaintiff's state and federal claims, under 28 U.S.C. sections 1331 and 2201, 42 U.S.C sections 1983 and 1988, and the Fourth, and Fourteenth Amendments to the United States Constitution, and supplemental jurisdiction.

30.    Venue is proper in this Court under 28 U.S.C. section 1391(b) because the incidents at issue occurred in Bexar County, Texas.

III.    Additional Facts

31.    On March 6, 2018, at approximately 5:00 PM, Amelia Huron Macias was home at her residence with her son Fernando Macias Jr.

32.    Officers with the Bexar County Mental Health Unit (MHU) traveled to their home located at 9230 Saddle Trail in San Antonio to execute a mental health warrant issued for Fernando Macias Jr.

33.    MHU officers entered the residence so Fernando began firing his weapon in an effort to protect himself and mother, the officers retreated.

34.    Bexar County SWAT ("BCSO") was called for assistance while MHU officers held the perimeter.

35.    Once BCSO SWAT was on the scene, negotiators made numerous attempts to communicate with Fernando but were unsuccessful.

36.   At this point, officers presumed that Fernando's mother was possibly a hostage.

37.   BCSO SWAT made entry and secured the lower section of the two-story residence.

38.   Believing he and his mother were under attack, Fernando again opened fire, striking two officers who entered the second floor of their home.

39.   BCSO SWAT officers also retreated from the residence

40.   Fernando appeared to intentionally shoot at propane tanks strategically placed inside the residence but was unsuccessful in causing a detonation.

41.   BCSO SWAT secured the perimeter and continued attempts to wait Fernando out over the next approximately 15 hours.

42.   The next morning, on March 7, 2018, at approximately 3:00 PM, DPS SWAT arrived on the scene.

43.   BCSO requested DPS SWAT assist and relieve BCSO SWAT officers, Veronica Gideon, Michael J. Smith, Cody Mitchell, Elias Escalon, Chad Matlock, Nathan Mutz, Brent Barina, Jason Bobo, Joseph Evans, and Drew Pilkington.

44.   Once DPS SWAT officers arrived on the scene they introduced "diversionary devices" into the second floor of the residence where Fernando was last observed.

45.   The Diversionary devices released through second-floor windows increased visibility into the residence, providing information and the location of Fernando and Amelia.

46.    At this point, Fernando had not been heard from or observed in approximately 15 hours.

47.    DPS SWAT officers identified and announced the suspect firing at them from the second-floor window was wearing a red shirt, although it was without dispute that Amelia Macias was the only one wearing red in the home.

48.    Gunfire was exchanged but nobody was hurt or hit.

49.    DPS SWAT operators sent an unmanned aerial system camera-equipped drone into the residence.

50.    Amelia was lying on the floor near the second-floor window.

51.    DPS SWAT officers, Veronica Gideon, Michael J. Smith, Cody Mitchell, Elias Escalon, Chad Matlock, Nathan Mutz, Brent Barina, Jason Bobo, Joseph Evans, and Drew Pilkington deliberately shot into the residence striking the unarmed Amelia multiple times.

52.    Fernando was also located on the second floor, he also sustained multiple gunshot wounds.

53.    Fernando was arrested and taken into custody.

### V.    Claims For Relief

### Claim 1: 42 U.S.C. § 1983 Fourth and Fourteenth Amendment Violations

54.    Plaintiffs incorporate by reference all preceding paragraphs of this Original Complaint as if set forth at length herein in this section.

7

55.     This suit is brought pursuant to 42 U.S.C. section 1983, which is entitled the Civil

Rights Act.  The critical language of the Civil Rights Act sets forth, in part:

> *"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress." Fourteenth and Fourth Amendments: Due Process, Unlawful Search, Seizure, and Detention.*

56.     Defendants deliberately shot into the residence of Amelia Macias. Amelia was

struck by bullets multiple times, immediately seizing her. Defendants were aware that

Amelia was unarmed and posed no threat.

57.     Furthermore, defendants deprived Amelia of her right to life by engaging in the

aforementioned actions.

<b>Claim 2: Failure to Train</b>

58.     DPS Director Steven C. McCraw failed to train the individual officers under his

supervision on the proper means of extracting barricaded subjects, hostage situations,

de-escalation techniques and procedures of managing subjects suffering from mental

illness.

59.     APS Associate Commissioner and Director of Field Operations Kezeli "Kez"

Wold alongside Commissioner Henry L. "Hank" Whitman Jr. failed to train his

managers, specialist and other employees in keeping regular contact with their clients to

ensure their safety. Wold failed to train his managers, specialist and other employees in

8

processing and investigating calls of abuse, neglect or the general safety of vulnerable adults, including Amelia Macias. APS received several calls concerning the safety of Amelia Macias which was not returned for months.

### Claim 3: Failure to Supervise

60.    Fourth, and Fourteenth Amendments. DPS director Steven. C McCraw failed to supervise the individual officers under his command. As Director of DPS all deputies, regional or otherwise must report directly to Director Steve McCraw. Director Steve McCraw failed to properly supervise his subordinates in the proper means of assisting local law enforcement and to supervise his subordinates in critical situations which led to the death of the 84-year-old Amelia Macias.

61.    APS Associate Commissioner Wold and Commissioner Whitman failed to supervise their managers and employees, specifically Crystalynn Nichole Cornevin (Caseworker) and Brandi Weimer (Supervisor to Caseworker). The lack of supervision resulted in the failure of defendants to keep in regular contact with their clients to ensure their safety. Such lack of supervision allowed defendants to ignore pleas from plaintiff to help the 84-year-old Amelia Macias.

### Claim 4:Wrongful Death Statute

62.    Plaintiffs incorporate by reference all preceding paragraphs of this Original Complaint as if set forth at length herein in this section.

63.     Plaintiffs file this wrongful death action against defendants, pursuant to the Texas Wrongful Death Statute and assert that Amelia Macias's death was a result of the defendants' acts and omissions.

64.     Amelia H. Macias was unmarried and was survived by her children, Stephen Macias, Walter Macias, Yvonne Shilling, and Fernando Macias.

65.     DPS SWAT officers listed above were aware of the foreseeable risk of further agitating the delicate situation of an armed man with a history of mental illness and weapons barricaded in a home. They also knew that there was a high probability that an innocent party may be harmed by any crossfire. They nonetheless proceeded to force their way into the home and engage in a gunfight with Fernando Macias, fatally shooting Amelia Macias.

66.     From February 5th, 2018 through March 5th, 2018 Walter Macias placed five calls to APS with concerns regarding the health and safety of 84-year-old Amelia Macias.  All of the calls were ignored.

67.     APS was aware that Amelia's caregiver Fernando had a long history of mental illness and failing health. Although APS was aware that Fernando was unfit to be caregiver, APS ignored pleas by the rest of Amelia's family for help.

<strong>Claim 5: Survival Claim</strong>

68.     Plaintiffs incorporate by reference all preceding paragraphs of this Original Complaint as if set forth at length herein in this section.

69.     Plaintiffs, as heirs of the Estate of Amelia H. Macias file this survivor action against defendants, pursuant to the Texas Survivorship Statute and assert claims that Amelia Macias would have been able to bring on her own behalf had she survived that were a result of the Defendants joint and several acts and omissions.

## VI.    DAMAGES

70.     Plaintiffs incorporate by reference all preceding paragraphs of this Original Complaint as if set forth at length herein in this section.

71.     Plaintiffs experienced, and in all likelihood will experience, at least great pain and suffering in the past and in the future, great mental anguish in the past and future, loss of enjoyment of Amelia Macias's life, loss of consortium, loss of financial support and household services, comfort, and love and society.

72.     Plaintiffs seek exemplary damages. Plaintiffs also bring claims for violations of Amelia Macias's Fourth, and Fourteenth Amendment rights.

73.     Plaintiffs have been damaged by the loss of companionship, consortium, and support that would have been provided by Amelia Macias but for his preventable death.

74.     Amelia Macias suffered great mental anguish and pain in the minutes and hours before her death and such is actionable through her estate and funeral expenses are recoverable as well.

75.     Award exemplary damages to Plaintiffs. All individuals, excluding the county, sued are liable for punitive damages as they were deliberately indifferent to Amelia

Macias's constitutional rights and he did the acts knowingly, such acts, including recklessly shooting Amelia Macias.

76.    These acts are extreme and outrageous and shocking to the conscious.

### VII.  ATTORNEYS' FEES

After prevailing herein, Plaintiffs are entitled to recover reasonable and necessary attorneys' fees and costs to enforce Amelia Macias's constitutional rights under 42 U.S.C. sections 1983 and 1988 from Defendants.

### VIII.  PRAYER FOR RELIEF

For the reasons set forth herein, Plaintiffs respectfully request that the Defendants, be cited to appear and answer herein and that Plaintiffs have a final judgment against the Defendants, jointly and severally, for actual damages above the jurisdictional minimum of the Court, compensatory damages above the jurisdictional minimum of the Court, nominal damages above the jurisdictional minimum of the Court, mental anguish, exemplary damages as allowed by law, pre-judgment and post-judgment interest, costs of court, attorneys' fees and expenses, and all other relief to which the Plaintiff is justly entitled, at law or in equity. Plaintiffs also request this Court to enter a permanent injunction to prevent future violations of the Fourth, and Fourteenth Amendments for the claims asserted herein. Plaintiffs also request the authorization to conduct post-judgment discovery to ensure that Defendants are in compliance with a permanent injunction.

Respectfully submitted,

12

By: /s/ U.A. Lewis
The Lewis Law Group
U.A. Lewis
SBN: 24076511
FBN: 1645666
By:/s/Okwudili Onyekwelu

Okwudili Onyekwelu

SBN: 24110867

FBN: 3503446

oonyekwelu@thelewislaw.com

By: /s/Damion Millington
Damion Millington
SBN: 24111178
FBN: 3503447
dmillington@thelewislaw.com
P.O. Box 27353
Houston, TX 77227
Phone: (713) 570-6555
Fax: (713) 581-1017
MyAttorneyAtLaw@gmail.com
Attorney for the Plaintiffs